UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Laura Perez<br>　　　　Plaintiff<br>v.<br>Federal Home Loan Mortgage Corporation;<br>Federal Housing Finance Agency;<br>Wilmington Savings Fund Society, FSB,<br>d/b/a Christiana Trust not Individually but<br>as Trustee for Pretium Mortgage<br>Acquistion Trust<br>　　　　Defendants | Case No. 1:19-cv-00423 |

**ENTRY OF APPEARANCE**

　　　　I hereby enter my appearance on behalf of the Defendant, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust not Individually but as Trustee for Pretium Mortgage Acquistion Trust.

　　　　　　　　　　　　　　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　　　　　/s/ Justin Pierce
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Justin M. Pierce, Esq. BBO # 9037
　　　　　　　　　　　　　　　　　　　　Orlans PC
　　　　　　　　　　　　　　　　　　　　465 Waverley Oaks Road, Suite 401
　　　　　　　　　　　　　　　　　　　　Waltham, MA 02452
　　　　　　　　　　　　　　　　　　　　(781) 790-7800
　　　　　　　　　　　　　　　　　　　　jpierce@orlans.com

19-009145

**<u>CERTIFICATE OF SERVICE</u>**

I, hereby certify that on this date the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are non-registered participants.

*/s/ Justin Pierce*

Justin M. Pierce