UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LAURA PEREZ,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, FEDERAL HOUSING FINANCE AGENCY, WILMINGTON SAVINGS FUND SOCIETY, doing business as CHRISTIANA TRUST, not individually but as Trustee for Pretium Mortgage Acquisition Trust,<br><br>        Defendants. | CIVIL ACTION NO. 1:19-CV-00423 |

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Laura Perez ("Plaintiff"), and Defendants, Federal Home Loan Mortgage Corporation ("Freddie Mac") and Federal Housing Finance Agency ("FHFA"), submit this Stipulation of Dismissal for entry by the Court:

1. Plaintiff's claim for an alleged violation of her due process rights (Count I) is hereby dismissed with prejudice, with each party bearing her/its own costs and fees. However this dismissal has no preclusive effect on any claims against Freddie Mac in Count II.

2. All allegations and demands for relief made in conjunction with Count I are hereby dismissed with prejudice. However this dismissal has no preclusive effect on any claims against Freddie Mac in Count II.

3. Plaintiff's allegations and demands for relief relating to her claim for alleged breach of contract (Count II) are dismissed, with prejudice, as to FHFA. However this dismissal has no preclusive effect on any claims against Freddie Mac in Count II.

4. Because Plaintiff dismisses all allegations and claims against FHFA, with prejudice, FHFA is hereby dismissed from this matter. However this dismissal has no preclusive effect on any claims against Freddie Mac in Count II.

5. The dismissal of claims against FHFA precludes Freddie Mac from subsequently asserting as a defense that FHFA was the principal and that it was merely an agent for FHFA and that only FHFA could be liable for any breach of contract damages.

6. Plaintiff's claim for alleged breach of contract (Count II) remains operative as to Freddie Mac.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | FEDERAL HOME LOAN MORTGAGE CORPORATION and FEDERAL HOUSING FINANCE AGENCY |
| LAURA PEREZ, | |
| By Her Attorney, | By: Their Attorneys |
| */s/ John B. Ennis* | */s/ Samuel C. Bodurtha* |
| John B. Ennis, Bar No. 2135 | Samuel C. Bodurtha, Bar No. 7075 |
| 1200 Reservoir Avenue | HINSHAW & CULBERTSON LLP |
| Cranston, RI  02920 | 56 Exchange Terrace |
| 401-943-9230 | Providence, RI 02903 |
| 401-946-5006 (facsimile) | 401-751-0842 |
| | 401-751-0072  (facsimile) |

Dated:   May 21, 2020

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 21, 2020.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar #7075