## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Laura Perez
Plaintiff,
v.  Case No.: 1:19−cv−00423−JJM−LDA

Federal Home Loan Mortgage Corporation, et al.
Defendant.

## **ORDER TO SHOW CAUSE**

The above captioned case was filed on August 7, 2019, and has been pending at least 90 days without proof of service, an answer or a responsive pleading having been filed by the defendant.

On or before August 14, 2020, plaintiff is hereby ordered to show cause, in writing, why this matter should not be dismissed for lack of prosecution. Failure to file a response will lead to dismissal of this case for lack of diligent prosecution. DRI LR Cv 41.

It is so ordered.

July 30, 2020

By the Court:

/s/ John J. McConnell, Jr.
United States Chief Judge