# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**LAURA PEREZ**

**Plaintiff**

Vs.     CA No 19-cv-423 JJM-LDA

**FEDERAL HOUSING FINANCE AGENCY et al**

### AFFIDAVIT OF SERVICE

I, Christina Mercurio, being duly sworn, state the following:

1. On October 31, 2019, I deposited into the United States mail a copy of the Summons and Complaint to Defendant, Wilmington Savings Fund Society Mortgage Acquisition Trust, 500 Delaware Avenue, Ste 500 Wilmington, DE 19801-7405 by certified priority mail. A copy of the Summons is attached to this affidavit.

2. On November 2, 2019, the Summons and Complaint was delivered to Defendant, Wilmington Savings Fund Society Mortgage Acquisition Trust, 500 Delaware Avenue, Ste 500 Wilmington, DE 19801-7405 .

3. A copy of the Certified Mail Certificate with Electronic Delivery Confirmation for USPS Certified Mail number 9405510898765047438715 indicating receipt of the certified mail on November 2, 2019 is attached.

_____
Christina Mercurio

Subscribed and sworn to before me this 3rd day of August, 2020.

_____
NOTARY PUBLIC



1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| LAURA PEREZ<br><br>*Plaintiff(s)*<br>v.<br>FEDERAL HOUSING FINANCE AGENCY ET AL<br><br>*Defendant(s)* | Civil Action No. 19-cv-423-JJM-LDA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wilmington Savings Fund Society d./b/a Christiana Trust as Trustee for Pretium Mortgage Acquisition Trust
500 Delaware Avenue
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston RI 02920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **October 30, 2019**                                    /s/ **Hanorah Tyer-Witek**
                                                                              **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-423-JJM-LDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                  *Server's signature*

                              _____
                                  *Printed name and title*


                              _____
                                  *Server's address*

Additional information regarding attempted service, etc:

## Certified Mail Electronic Delivery Confirmation™



**US POSTAGE AND FEES PAID**
**PRIORITY MAIL**
Oct 30 2019
Mailed from ZIP 02920
PM Flat Rate Env

CommercialBasePrice    071S00777793



9405 5108 9876 5047 4387 15

USPS TRACKING #

**PRIORITY MAIL 2-DAY**

John B. Ennis Esq.
1200 RESERVOIR AVE
CRANSTON RI 02920-6012

C012   0004

SHIP TO:
WILMINGTON SAVINGS FUND SOCIETY
MORTGAGE ACQUISITION TRUST
500 DELAWARE AVE STE 500
WILMINGTON DE 19801-7405

| | |
|---|---|
| Reference | PEREZ, L. V. WILMINGTON SAV SUMMONS AND COMPLAINT |
| USPS # | 9405510898765047438715 |
| USPS Mail Class | Priority Mail |
| USPS Status | Your item was delivered at 2:15 pm on November 2, 2019 in WILMINGTON, DE 19801. |
| USPS History | Available for Pickup, 11/02/2019, 9:50 am, WILMINGTON, DE 19801 |
| | Arrived at Post Office, November 2, 2019, 5:44 am, WILMINGTON, DE 19801 |
| | Departed USPS Regional Destination Facility, 11/01/2019, 9:29 pm, WILMINGTON DE DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 11/01/2019, 9:28 pm, WILMINGTON DE DISTRIBUTION CENTER |
| | Departed USPS Regional Facility, 11/01/2019, 3:14 am, PROVIDENCE RI DISTRIBUTION CENTER |
| | Arrived at USPS Regional Origin Facility, 10/31/2019, 10:06 pm, PROVIDENCE RI DISTRIBUTION CENTER |
| | USPS picked up item, October 31, 2019, 4:42 pm, WARWICK, RI 02886 |

**Electronic Delivery Confirmation Report** © 2019 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2019** Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com  www.Certified-Mail-Envelopes.com
**Date Verified: 11/03/2019 (UTC)**

Shipping Label Created, USPS Awaiting Item, October 30, 2019, 11:03 am, CRANSTON, RI 02920

**Electronic Delivery Confirmation Report © 2019 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2019** Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 11/03/2019 (UTC)**