# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**LAURA PEREZ**

Plaintiff

Vs.   CA No 19-cv-423 JJM-LDA

**FEDERAL HOUSING FINANCE AGENCY et al**

### AFFIDAVIT OF SERVICE

I, Christina Mercurio, being duly sworn, state the following:

1. On October 31, 2019, I deposited into the United States mail a copy of the Summons and Complaint to Defendant, Federal Home Loan Mortgage Corporation to its address and also to the United States Attorney General and to the United States Attorney for the District of Rhode Island, each by certified priority mail. A copy of the Summons is attached to this affidavit.

2. On November 5, 2019, the Summons and Complaint was delivered to Defendant Federal Home Loan Mortgage Corporation c/o the United States Attorney General, US Department of Justice, 650 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

3. A copy of the Certified Mail Certificate with Electronic Delivery Confirmation for USPS Certified Mail number 9405510898765047435950 indicating receipt of the certified mail on November 5, 2019 is attached.

4. On November 2, 2019, the Summons and Complaint was delivered to Defendant Federal Home Loan Mortgage Corporation 8200 Jones Branch Drive, McLean, VA 22102-3110.

5. A copy of the Certified Mail Certificate with Electronic Delivery Confirmation for USPS Certified Mail number 9405510898765047429676 indicating receipt of the certified mail on November 2, 2019 is attached.

1

6. On November 5, 2019, the Summons and Complaint was delivered to Defendant Federal Home Loan Mortgage Corporation c/o the United States Attorney for the District of Rhode Island, 50 Kennedy Plaza, Providence, RI 02903-2393.

7. A copy of the Certified Mail Certificate with Electronic Delivery Confirmation for USPS Certified Mail number 9405510898765047438175 indicating receipt of the certified mail on November 5, 2019 is attached.

_Christina Mercurio_
Christina Mercurio

Subscribed and sworn to before me this 3rd day of August, 2020.

_____
NOTARY PUBLIC



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| LAURA PEREZ <br><br> *Plaintiff(s)* <br> v. <br> FEDERAL HOUSING FINANCE AGENCY ET AL <br><br> *Defendant(s)* | Civil Action No. 19-cv-423-JJM-LDA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive
Mc Lean VA 22102-3110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston RI 02920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 30, 2019**

/s/ **Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-423-JJM-LDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Certified Mail Electronic Delivery Confirmation™





**US POSTAGE AND FEES PAID**
**PRIORITY MAIL**
Oct 30 2019
Mailed from ZIP 02920
PM Flat Rate Env

CommercialBasePrice      071S00777793

### PRIORITY MAIL 2-DAY

John B. Ennis Esq.
1200 RESERVOIR AVE
CRANSTON RI 02920-6012

C028   0004

**SHIP TO:**
FEDERAL HOME LOAN MORTGAGE CORPORATION
8200 JONES BRANCH DR
MC LEAN VA 22102-3110

| | |
|---|---|
| Reference | PEREZ V. FHFA SUMMONS AND COMPLAINT |
| USPS # | 9405510898765047429676 |
| USPS Mail Class | Priority Mail |
| USPS Status | Your item was delivered at 10:32 am on November 2, 2019 in MC LEAN, VA 22102. |
| USPS History | Out for Delivery, 11/02/2019, 8:21 am, MC LEAN, VA 22102 |
| | Arrived at Post Office, November 2, 2019, 5:29 am, MC LEAN, VA 22102 |
| | Arrived at USPS Facility, November 2, 2019, 4:55 am, MC LEAN, VA 22102 |
| | Arrived at USPS Facility, November 2, 2019, 4:23 am, GREAT FALLS, VA 22066 |
| | Departed USPS Regional Facility, 11/02/2019, 4:10 am, DULLES VA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 11/02/2019, 12:11 am, DULLES VA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 11/01/2019 |
| | Arrived at USPS Regional Origin Facility, 10/31/2019, 10:05 pm, |

Electronic Delivery Confirmation Report © 2019 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
Report Design Copyright 2019 Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
Date Verified: 11/03/2019 (UTC)

PROVIDENCE RI DISTRIBUTION CENTER
USPS picked up item, October 31, 2019, 4:42 pm, WARWICK, RI 02886
Shipping Label Created, USPS Awaiting Item, October 30, 2019, 10:30 am, CRANSTON, RI 02920

**Electronic Delivery Confirmation Report © 2019 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2019** Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 11/03/2019 (UTC)**

## Certified Mail Electronic Delivery Confirmation™



US POSTAGE AND FEES PAID
**PRIORITY MAIL**
Oct 30 2019
Mailed from ZIP 02920
PM Flat Rate Env



CommercialBasePrice    071S00777793

### PRIORITY MAIL 2-DAY

John B. Ennis Esq.
1200 RESERVOIR AVE
CRANSTON RI 02920-6012

C000    0004

**SHIP TO:**
UNITED STATES ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

| | |
|---|---|
| Reference | PEREZ, L. V. FED HOME LOAN MORT CORP SUMM AND COMP |
| USPS # | 9405510898765047435950 |
| USPS Mail Class | Priority Mail |
| USPS Status | Your item was delivered at 5:56 am on November 5, 2019 in WASHINGTON, DC 20530. |
| USPS History | Available for Pickup, 11/04/2019, 10:48 am, WASHINGTON, DC 20530
Arrived at Post Office, November 4, 2019, 7:13 am, WASHINGTON, DC 20018
Arrived at USPS Regional Destination Facility, 11/03/2019, 9:22 am, WASHINGTON DC DISTRIBUTION CENTER
In Transit to Next Facility, 11/02/2019
In Transit to Next Facility, 11/01/2019
Arrived at USPS Regional Origin Facility, 10/31/2019, 10:06 pm, PROVIDENCE RI DISTRIBUTION CENTER
USPS picked up item, October 31, 2019, 4:42 pm, WARWICK, RI 02886
Shipping Label Created, USPS Awaiting Item, October 30, 2019, 10:47 am, CRANSTON, RI 02920 |

Electronic Delivery Confirmation Report © 2019 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
Report Design Copyright 2019 Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
Date Verified: 11/06/2019 (UTC)

## Certified Mail Electronic Delivery Confirmation™




**US POSTAGE AND FEES PAID**
**PRIORITY MAIL**
Oct 30 2019
Mailed from ZIP 02920
PM Flat Rate Env

CommercialBasePrice    071S00777793

**PRIORITY MAIL 1-DAY**

John B. Ennis Esq.
1200 RESERVOIR AVE
CRANSTON RI 02920-6012

C030   0005

**SHIP TO:**
UNITED STATES ATTORNEYS OFFICE-
DISTRICT OF RI
50 KENNEDY PLZ
PROVIDENCE RI 02903-2393

| | |
|---|---|
| Reference | PEREZ, L. V. FED HOME LOAN MORT CORP SUMM AND COMP |
| USPS # | 9405510898765047437275 |
| USPS Mail Class | Priority Mail |
| USPS Status | Your item was delivered in or at the mailbox at 11:05 am on November 1, 2019 in PROVIDENCE, RI 02903. |
| USPS History | Out for Delivery, 11/01/2019, 9:02 am, PROVIDENCE, RI 02903
Arrived at Post Office, November 1, 2019, 8:00 am, PROVIDENCE, RI 02904
Departed USPS Regional Facility, November 1, 2019, 4:55 am, PROVIDENCE RI DISTRIBUTION CENTER
Arrived at USPS Regional Facility, October 31, 2019, 11:14 pm, PROVIDENCE RI DISTRIBUTION CENTER
USPS picked up item, October 31, 2019, 4:42 pm, WARWICK, RI 02886
Shipping Label Created, USPS Awaiting Item, October 30, 2019, 10:49 am, CRANSTON, RI 02920 |

Electronic Delivery Confirmation Report © 2019 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
Report Design Copyright 2019 Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com  www.Certified-Mail-Envelopes.com
Date Verified: 11/02/2019 (UTC)