## UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**LAURA PEREZ**
|

     **Vs.**                    **Case No.   1:19-cv-00423-JJM-LDA**

**FEDERAL HOUSING FINANCE   AGENCY**
**FEDERAL HOME LOAN     MORTGAGECORPORATION**
**WILMINGTON SAVINS FUND SOCIETY, FSB,**
**D/B/A CHRISTIANA TRUST NOT INDIVIDUALLY**
**BUT AS TRUSTEE FOR PRETIUM  MORTGAGE**
**ACQUISITION TRUST**

**MOTION FOR CONTINUANCE**

       Plaintiff, by her attorney, and Wilmington Savings Fund Society as Trust

move that this Court continue this case for two months to the August 2022 Trial

Calendar.  The Plaintiff has been offered a repurchase option for the property,

which will completely resolve all aspects of this case.  The Plaintiff has been

preapproved to purchase this property with her daughter and the matter should be

resolved in 60 days, with dismissal with prejudice of all claims.

                         LAURA PEREZ

                         By her Attorney

April 19, 2022

                         /s/ John B. Ennis
                         JOHN B. ENNIS, ESQ. #2135
                         1200 Reservoir Avenue
                         Cranston, RI 02920
                         (401) 943-9230
                         Jbelaw75@gmail.com

April 19, 2022

WILMINGTON SAVINGS FUND
SOCIETY AS TRUSTE
By its Attorney


By its attorney,

/s/ Justin M.Pierce
Justin M. Pierce, Esq. # 9037
Orlans PC
465 Waverley Oaks Road
Suite 401
Waltham, MA 02452
Phone 781-790-7800
jpierce@orlans.com


CERTIFICATE OF SERVICE


I certify that I emailed a copy of this Motion to the following attorneys of

record on April 19, 2022:

Samuel Bodurtha and Justin Pierce


/s/ John B. Ennis