**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LAURA PEREZ,<br>　　　　Plaintiff,<br>v.<br>FEDERAL HOME LOAN MORTGAGE CORPORATION, FEDERAL HOUSING FINANCE AGENCY, WILMINGTON SAVINGS FUND SOCIETY, doing business as CHRISTIANA TRUST, not individually but as Trustee for Pretium Mortgage Acquistion Trust,<br>　　　　Defendants. | Case No.: 1:19-CV-00423 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 31st day of May 2022:
[ ] I filed and served this document through the electronic filing system on the following parties: The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.
[ ] I served this document through the electronic filing system on the following parties: _____. The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.
[x] I mailed by first-class mail or [ ] hand-delivered Defendant's Withdrawal of Appearance as to Justin Pierce and Defendant's Entry of Appearance as to Jason MacKeen to the attorney for the opposing party and/or the opposing party if self-represented, whose names are listed below at the following addresses:

John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lauren A. Peters*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lauren A. Peters

19-009145