UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| _____ ) | |
| LAURA PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO.: 1:19-cv-00423-JJM-LDA |
| ) | |
| FEDERAL HOUSING FINANCE AGENCY, ) | |
| FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION, WILMINGTON SAVINGS ) | |
| FUND SOCIETY, FSB, D/B/A CHRISTIANA ) | |
| TRUST NOT INDIVIDUALLY BUT AS ) | |
| TRUSTEE FOR PRETIUM MORTGAGE ) | |
| ACQUISITION TRUST, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### **STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Defendant, Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust Not Individually But As Trustee For Pretium Mortgage Acquisition Trust ("Pretium"), with the assent of Plaintiff, Laura Perez ("Plaintiff"), hereby moves that Pretium be provided until November 23, 2022 to file a responsive pleading to Plaintiff's Complaint.

**WHEREFORE**, Pretium, with the assent of Plaintiff, moves for an extension of time to file a responsive pleading to Plaintiff's Complaint until November 23, 2022.

Respectfully submitted,

WILMINGTON SAVINGS FUND SOCIETY,
FSB, D/B/A CHRISTIANA TRUST NOT
INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION TRUST

By its attorneys,

*/s/ Shanna M. Boughton*

_____

Shanna M. Boughton, R.I. Bar No. 8283
sboughton@mcglinchey.com
Marisa K. Roman, R.I. Bar No. 9496
mroman@mcglinchey.com
McGlinchey Stafford, PLLC
10 Dorrance Street, Suite 700
Providence, RI 02903
T (857) 453-7151
F (617) 830-0655

Date:   October 25, 2022

## CERTIFICATE OF SERVICE

I, Shanna M. Boughton, hereby certify that on the 25th day of October, 2022, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's CM/ECF system.

*/s/ Shanna M. Boughton*

_____

Shanna M. Boughton